MARTIN J. BRILL (State Bar No. 53220)
MJB@LNBYB.COM
DANIEL H. REISS (State Bar No. 150573)
DHR@LNBYB.COM
TODD M. ARNOLD (State Bar No. 221868)
TMA@LNBYB.COM
LEVENE, NEALE, BENDER, YOO & BRILL L.L.P.
10250 Constellation Boulevard, Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244

Counsel for Defendant Michael J. Kessler

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | USDC Case No.: 2:14-cv-05353-JVS |
| MICHAEL J. KESSLER, AND LISA D. KESSLER, | Bankruptcy Case No.: 2:14-bk-10717-ER |
| Debtors and Debtors in Possession. | Chapter 11 Case<br>Bankruptcy Adv. No.: 2:14-ap-01115-ER |
| MERCEDES BOHBOT, | **JUDGMENT** |
| Plaintiff, | |
| v. | |
| MICHAEL J. KESSLER, et al. | |
| Defendants. | |

1

Upon review of the "Report and Recommendation of the Honorable Ernest M. Robles, United States Bankruptcy Judge, to the United States District Court for the Central District of California Containing Proposed Findings of Fact, Conclusions of Law, and Final Judgment Regarding Defendant's Motion for Judgment on the Pleadings" (the "<u>Report and Recommendation</u>"), entered as docket number 39 in the adversary proceeding (the "<u>Adversary Proceeding</u>") of <u>Mercedes Bohbot ("Bohbot") v. Michael J. Kessler ("Kessler")</u>, Adversary Proceeding Case No.: 2:14-ap-01115-ER, to which Bohbot did not object, the Court hereby adopts, in full, the Report and Recommendation, and the findings of fact and conclusions of law contained therein, and enters judgment as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1.  Bohbot's "Motion for Remand" of the Adversary Proceeding (Adversary Proceeding Dkt. No. 29) is hereby denied in its entirety.

2.  Kessler's "Motion for Judgment on the Pleadings" in the Adversary Proceeding (Adversary Proceeding Dkt. No. 8) is hereby granted in its entirety.

3.  Bohbot's "First Amended Complaint" against Kessler in the Adversary Proceeding, and all claims asserted therein, are hereby dismissed with prejudice.

/ / /

/ / /

4. Bohbot shall take nothing by way of the Adversary Proceeding.

**IT IS SO ORDERED.**

Dated: August 06, 2014

_____
HON. JAMES V. SELNA
UNITED STATES DISTRICT COURT JUDGE

CC: US Bankruptcy Court

3